and *Conrad Christel* for petitioner. *William H. Davis* and *George E. Faithfull* for respondent.

No. 186. HART ET AL. *v.* MUTUAL BENEFIT LIFE INSURANCE Co. C. A. 2d Cir. Certiorari denied. *Lawrence R. Condon* for petitioners. *James M. Snee* for respondent.

No. 190. LANDSBOROUGH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Hal H. Griswold* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 192. RAKES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Robert H. McNeill* and *Thomas Bruce Fuller* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 194. CENTRAL INVESTMENT CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Joseph D. Brady* and *John O. Paulston* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Irving I. Axelrad* for respondent.

No. 199. CHICAGO & NORTH WESTERN RAILWAY Co. *v.* MATSUMOTO. C. A. 7th Cir. Certiorari denied. *Lowell Hastings* and *Warren Newcome* for petitioner.

No. 202. ECONOMOS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Thomas M. Wilkins* for petitioner. *Solicitor General Perlman,*